IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00470-WYD-KMT

TIMOTHY VIRGO,

        Petitioner/Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General of the United States;
ROBERT MUELLER, III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; and
ROBERT MATHER, Denver District Director of United States Citizenship and
Immigration Services,

        Respondents/Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

        THIS MATTER comes before the Court on the parties' Stipulation for Dismissal

(docket #6), filed April 29, 2008.  After a careful review of the file, the Court has

concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved

and this matter should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

        ORDERED that the Stipulation for Dismissal (docket #6) is **APPROVED**, and this

matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's

fees and costs.

Dated:  May 1, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge